WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

KATHRYN OLSON, SUPERVISORY TRIAL ATTORNEY
JOHN F. STANLEY, ACTING SUPERVISORY TRIAL ATTORNEY
WESLEY KATAHIRA, SENIOR TRIAL ATTORNEY
WESLEY.KATAHIRA@EEOC.GOV
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6918
FAX: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>v.<br><br>GRESHAM NISSAN, INC.,<br>            Defendant. | CIVIL ACTION NO.<br><br>COMPLAINT CV'06 1373 BR<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. section 621 *et seq.* ("ADEA"), to correct unlawful employment

COMPLAINT - 1

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

practices and to provide appropriate relief to Jeffrey Goetz who was adversely affected by such practices. The Equal Employment Opportunity Commission ("EEOC" or "the Commission") alleges that defendant harassed Mr. Goetz based on his age, creating a hostile environment. EEOC further alleges that defendant retaliated against Mr. Goetz by demoting him to a non-managerial job that had more onerous job duties and which would have paid him significantly less. Finally, the EEOC contends that defendant's unremedied age harassment and subsequent retaliatory demotion caused Mr. Goetz's constructive discharge. Plaintiff seeks monetary and injunctive relief, including pecuniary and nonpecuniary compensatory damages, backpay, front pay and liquidated damages.

## JURISDICTION AND VENUE

1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the ADEA, 29 U.S.C. § 626(b), which incorporates by reference Sections 15(a)(3), 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(b) and (c), and 217.

2.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Oregon.

## PARTIES

3.     Plaintiff, the Equal Employment Opportunity Commission (the

COMPLAINT - 2

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

"Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4.     At all relevant times, defendant (or the "employer") has continuously been a corporation doing business in the State of Oregon and has continuously had at least 20 employees.

5.     At all relevant times, defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

6.     Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7.     Since at least February, 2003, the defendant has engaged in unlawful employment practices at its Gresham, Oregon facility, in violation of Sections 4(a)(1) and 4(d) of the ADEA, 29 U.S.C. § 623(a)(1) and (d), respectively, including:

COMPLAINT - 3

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

      a.      harassing Mr. Goetz based on his age, 63;

      b.      demoting him in retaliation for engaging in protected activity; and

      c.      forcing his constructive discharge.

8.      The effect of the practices complained of in paragraph 7 above has been to deprive Mr. Goetz of equal employment opportunities and otherwise adversely affect his status as an employee because of his age.

9.      The unlawful employment practices complained of in paragraphs 7 and 8 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining defendant, its officers, successors, assigns and all persons in active concert or participation with it, from terminating individuals because of their age, and from committing any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B.      Order defendant to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C.      Grant a judgment requiring defendant to pay appropriate back wages in an amount to be determined at trial, and an equal sum as liquidated damages, and

COMPLAINT - 4

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

prejudgment interest to Mr. Goetz, whose wages are being unlawfully withheld as a result of the acts complained of above.

D.  Order defendant to make whole Mr. Goetz, who is adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to front pay.

E.  Order defendant to make whole Mr. Goetz by providing compensation for past and future pecuniary and non-pecuniary losses, punitive damages and any other appropriate legal relief resulting from defendant's unlawful retaliation described in paragraph 7 above, in amounts to be determined at trial, pursuant to Section 7(b) of the ADEA, 29 U.S.C. § 626(b), incorporating by reference Sections 16(b) and 15(a)(3) of the Fair Labor Standards Act, 29 U.S.C. §§216(b) and 215(a)(3), as amended.

F.  Grant such further relief as the Court deems necessary and proper in the public interest.

G.  Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

//

//

//

COMPLAINT - 5

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

DATED this 26th day of September, 2006.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney<br>San Francisco District<br>350 The Embarcadero, Suite 500<br>San Francisco, CA 94105-1260 | RONALD S. COOPER<br>General Counsel |
| KATHRYN OLSON<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN F. STANLEY<br>Acting Supervisory Trial Attorney | GWENDOLYN YOUNG REAMS<br>Associate General Counsel |
| WESLEY KATAHIRA<br>Senior Trial Attorney | |

*/s/ William R. Tamayo by JFS*

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office
909 1st Avenue, Suite 400
Seattle, WA 98104
(206) 220-6918
FAX: (206) 220-6911

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff

COMPLAINT - 6

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882