DAMIEN A. LEE, SENIOR TRIAL ATTORNEY
JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
DAMIEN.LEE@EEOC.GOV
Tel: (206) 220-6915
Fax: (206) 220-6911

WILLIAM TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

ATTORNEYS FOR PLAINTIFF EEOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>GRESHAM NISSAN, INC.,<br><br>    Defendant. | No. CV 06-1373 BR<br><br>STIPULATED MOTION FOR DISMISSAL AND ENTRY OF CONSENT DECREE |
| JEFFREY GOETZ,<br><br>    Plaintiff,<br><br> v.<br><br>GRESHAM NISSAN, INC. and NICK SMIT,<br><br>    Defendants. | |

STIPULATED MOTION FOR DISMISSAL AND ENTRY OF CONSENT DECREE (CV 06-1373 BR) – Page 1 of 4

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

The parties hereby stipulate that the above-entitled matter is fully compromised and settled as to any and all claims. The parties ask the Court to enter an order dismissing the lawsuit with prejudice and without costs or attorney's fees to any party. The parties further move the Court to approve and enter the Consent Decree entered into by the Equal Employment Opportunity Commission and Gresham Nissan, Inc., and that it be approved as the final decree of this Court in full settlement of this action. The parties request the Court to retain jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein for a period of two years from the date the Court signs and order of dismissal.

RESPECTFULLY SUBMITTED this 30th day of November, 2007.

WILLIAM TAMAYO
Regional Attorney
San Francisco District
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

JOHN F. STANLEY
Supervisory Trial Attorney

DAMIEN A. LEE
Senior Trial Attorney

BY:  /s/ William Tamayo
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Seattle Field Office
909 First Avenue, Suite 400

PLAINTIFFS' JOINT MOTION FOR A PROTECTIVE ORDER (CV 06-1373 BR)
Page 2 of 4

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Seattle, Washington 98104
Damien.Lee@EEOC.gov
Telephone (206) 220-6915
Fax: (206) 220-6911
Email: Damien.Lee@eeoc.gov

Attorneys for Plaintiff EEOC

BY:  */s/ Scott C.G. Blankenship*

Scott C. G. Blankenship
Stephen Carpenter
The Blankenship Law Firm, P.S.
1201 Third Ave., 28th Floor
Washington Mutual Tower
Seattle, WA   98101
Phone: 206-343-2700
FAX:   206-343-2704
Email: Sblankenship@blankenshiplawfirm.com

Private Attorneys for Jeffrey Goetz

BY: */s/ Stephen P. Rickles*
Stephen P. Rickles
Strickles@aol.com
The Rickles Law Firm, P.C.
One SW Columbia, Suite 1850
Portland, OR   97258
Telephone (503) 229-1850
Facsimile (503) 229-1856
Email: Strickles@aol.com

Attorney for Defendants Gresham Nissan, Inc. and Nick Smit

PLAINTIFFS' JOINT MOTION FOR A PROTECTIVE ORDER (CV 06-1373 BR)
Page 3 of 4

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing "Stipulated Motion for Dismissal and Entry of Consent Decree" using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Stephen P. Rickles | Scott C. G. Blankenship |
| The Rickles Law Firm PC | Stephen Carpenter |
| One S.W. Columbia Street, | The Blankenship Law Firm, P.S. |
| Suite 1850 | 1201 Third Ave., 28th Floor |
| Portland, OR 97258-2001 | Washington Mutual Tower |
| Phone: 503-229-1850 | Seattle, WA   98101 |
| FAX:   503-229-1856 | Phone: 206-343-2700 |
| Email:  strickles@aol.com | FAX:   206-343-2704 |
| | Email: Sblankenship@blankenshiplawfirm.com |
| Defendants' Attorneys | Private Attorneys for Jeffrey Goetz |

DATED this 30th day of November, 2007.

                               */s/ Damien A. Lee for*
                               Mary R. Hammock
                               EEOC Legal Technician

PLAINTIFFS' JOINT MOTION FOR A PROTECTIVE ORDER (CV 06-1373 BR)
Page 4 of 4

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882