FILED'07 DEC 03 15:56USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

GRESHAM NISSAN, INC.,

        Defendant.

JEFFREY GOETZ,

        Plaintiff,

v.

GRESHAM NISSAN, INC. and NICK SMIT,

        Defendants.

No. CV 06-1373 BR

[PROPOSED] ORDER OF DISMISSAL
AND ENTRY OF CONSENT DECREE

ORDER

The Court having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the foregoing Consent Decree is approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorney fees to any party. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

[PROPOSED] ORDER OF DISMISSAL AND ENTRY OF CONSENT DECREE
(CV 06-1373 BR) – Page 1 of 3

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

SO ORDERED this 3rd day of December, 2007.

*[signature]*

THE HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT COURT JUDGE

PLAINTIFFS' JOINT MOTION FOR A PROTECTIVE ORDER (CV 06-1373 BR)
Page 2 of 3

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Presented by:

DAMIEN LEE
Senior Trial Attorney


/s/ Damien A. Lee
Equal Employment Opportunity Commission

PLAINTIFFS' JOINT MOTION FOR A PROTECTIVE ORDER (CV 06-1373 BR)
Page 3 of 3

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882